*In re* DAVID W. ROMÁN RODRÍGUEZ.

*Número:* TS-6321          *Resuelto:* 15 de junio de 2001

*Gerardo Ortiz Del Rivero*, abogado de la parte peticionaria; *Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías.*

## RESOLUCIÓN

Vista la Moción de Reinstalación al Ejercicio de la Abogacía presentada por el peticionario, Sr. David W. Román Rodríguez, se ordena la reinstalación inmediata de éste a la práctica de la abogacía.

Con respecto a la Moción Informativa de la Directora de la Oficina de Inspección de Notarías, el Tribunal se da por enterado.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*